MORGAN LAKE COMPANY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

EWING C. NOBLE, Respondent, v. LOUIS FISCHER and JACOB NAPOLIN, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

PATRICK J. O'DONNELL, Appellant, v. KATHRYN O'DONNELL, Respondent.— Motion to resettle order denied, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

OTTO R. POOCK, Respondent, v. EGBERT STRAHL and HERBERT BAER, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

EVA SAGER, Respondent, v. B. & B. HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

CONCETTINA SAVARESE, Appellant, v. CITY TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

FRANK WALKER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

WASHINGTON PICKLE WORKS, INC., Respondent, v. RAY LITZKY and Another, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

WESTCHESTER HOUSING CORPORATION, Appellant, v. GRAMATAN IMPROVEMENT COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ANNIE ZWERDLING, Respondent, v. KARFEL BUILDING CORPORATION, Defendant, and HARRY LEFRAK and SAMUEL SINGER, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appelas denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

FERDINAND ARCURI, Appellant, v. PATSY SERVODIDIO and CATHERINE SERVODIDIO, Respondents.— Order directing plaintiff to accept service of the proposed amended answer of defendant Catherine Servodidio and to reply to the counterclaim, and amending the title so as to add a party defendant, affirmed, with ten dollars costs and disbursements; plaintiff to accept service within five days from service of a copy of the order herein and to reply to the counterclaim within ten days thereafter. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.